UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-5843-KK-SSCx** | Date: | December 13, 2023 |
| Title: | *G. Schirmer, Inc. v. LHIM Productions, LLC, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order**

The Court's December 12, 2023 Order dismissing Defendants Show One Productions, Inc. and Starvox Exhibits, Inc. without prejudice, dkt. 35, was entered in error and is hereby **VACATED**.

In light of Plaintiff G. Schirmer, Inc. ("Plaintiff")'s response to the Court's December 5, 2023 Order to Show Cause indicating it does not oppose dismissal of Defendants Show One Productions, Inc. and Starvox Exhibits USA, Inc., dkt. 34, it is hereby ordered Defendants Show One Productions, Inc. and Starvox Exhibits USA, Inc. are **DISMISSED WITHOUT PREJUDICE**.  It is further ordered that the Court's December 5, 2023 Order to Show Cause, dkt. 30, is **DISCHARGED**.

**IT IS SO ORDERED.**